# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

WILLIAM M. MOORE, : No. 183 WAL 2021
:
           Petitioner :
: Petition for Allowance of Appeal
: from the Order of the Superior Court
      v. :
:
:
PENN HIGHLANDS HEALTHCARE, D/B/A :
PENN HIGHLANDS DUBOIS, UNIVERSITY :
ORTHOPEDICS CENTER, :
:
           Respondents :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 24th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.